(Reap. Dec. 8288)

WESTFELDT BROTHERS *v.* UNITED STATES

Entry No. 243, etc.

(Decided February 4, 1954)

*Barnes, Richardson & Colburn* for the plaintiff.
*Warren E. Burger,* Assistant Attorney General, for the defendant.

EKWALL, Judge: These appeals for reappraisement relate to importations of chocolate imported from Cuba, and entered at the port of New Orleans, La. They have been submitted without evidence other than that contained in the official papers. Upon the record I find that the presumption of correctness attaching to the appraiser's finding of value has not been overcome. I therefore find that the proper value in each case is the value found by the appraiser.

Judgment will be rendered accordingly.